UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING
INDUSTRY INSURANCE AND ANNUITY FUNDS,

                Plaintiffs,         Index No.:

                                            RULE 7.1

    -against-

WJD PROPERTIES, INC. and 711 NEW YORK PAINTING
& DECORATING CO., INC.,

                Defendant.
-----------------------------------------------------------------------x

    Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party.

    None

Dated: December 4, 2007

                                                        _/s/ Dana L. Henke_
                                                        Dana L. Henke, Esq. (DLH3025)

[Stamp: 07 CIV 11029]
[Stamp: BRIEANT]
[Stamp: FILED U.S. DISTRICT COURT S.D. OF N.Y. 2007 DEC -5 P 1:]
[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: _____]