UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING INDUSTRY INSURANCE AND ANNUITY FUNDS<br><br>        Plaintiff<br>        v.<br>WJD PROPERTIES, INC. and 711 NEW YORK PAINTING & DECORATING CO., INC.<br><br>        Defendants | INDEX #: 07 CV 11029<br><br>AFFIDAVIT OF SERVICE |

STATE OF NEW YORK: COUNTY OF KINGS ss:

CINDY ROSARIO BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on DECEMBER 27, 2007 at 5:45 PM at 41-12 24TH STREET, LONG ISLAND CITY, NY 11101, deponent served the within SUMMONS IN A CIVIL ACTION, RULE 7.1 AND COMPLAINT on WJD PROPERTIES, INC. AND 711 NEW YORK PAINTING & DECORATING CO., INC. therein named.

CORPORATION: a Domestic corporation by delivering thereat a true copy of each to WILLIAM DICHTER personally, deponent knew said corporation so served to be the corporation described in said SUMMONS IN A CIVIL ACTION, RULE 7.1 AND COMPLAINT and knew said individual to be the OWNER thereof.

DESCRIPTION: Deponent further states that he/she describes the person actually served as follows: Gender: Male   Race/Skin: White   Hair: Black   Glasses: No   Approx. Age: 40   Height: 5'9"   Weight: 170   Distinguishing Features:

That at the time of such service deponent knew the party so served as aforesaid to be the same party mentioned and described as the Recipient in this action.

Sworn to me on: JAN 0 4 2008

CINDY ROSARIO, Lic. #1266878

CHRISTOPHER ROSSI
NOTARY PUBLIC, State of New York
No. 01RO6154647
Qualified in Kings County
Commission Expires April 30, 2011

ID: 07-000566
Client Reference: 105