# Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
## ATTORNEYS AT LAW

5 Surrey Lane
Hempstead, New York 11550
(516) 483-2990
Fax: (516) 483-0566

258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515
Fax: (914) 592-3213

111 Broadway
Trinity Centre
Suite 1403
New York, New York 10006
(212) 943-9080
Fax: (212) 943-9082

March 3, 2008

VIA FACSIMILE (914) 390-4085
Honorable Judge Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

[Handwritten endorsement: Granted / Adjourned to 4/25/08 @ 9:30 AM / So Ordered / March 6, 2008 Charles L. Brieant USDJ]

RE: Trustees of the District Council 9, et al. v. WJD Properties, et al.
Index No.: 07-CIV-11029(CLB)
Court Conference: March 7, 2008 at 9:30 a.m.

Dear Honorable Judge Brieant:

This firm is counsel to plaintiffs in the above matter. This letter makes reference to the initial court conference scheduled for March 7, 2008 at 9:30 a.m.

This matter involves the enforcement of a Trade Agreement, more specifically, the Funds right to audit the books and records of an Employer. The defendant has agreed to allow and cooperate with the audit and the audit findings were sent to the Employer. We have been informed by our client that the defendant will be submitting a written rebuttal to the audit.

Accordingly, we respectfully request an adjournment of the initial court conference to a date in late April 2008. This is the second request for an adjournment.

Kindly advise this office of the court's decision regarding our request.

Thank you for your assistance and courtesies.

Very truly yours,

Dawn Stefanik
Paralegal

cc: WJD Properties, et al.