UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
TRUSTEES OF THE DISTRICT COUNCIL 9
PAINTING INDUSTRY INSURANCE AND
ANNUITY FUNDS,

                                         Index No.: 07-CIV-11029 (CLB)

                     Plaintiffs,        **VOLUNTARY NOTICE**
                                         **OF DISMISSAL & ORDER**

    -against-

WJD PROPERTIES, INC. and 711 NEW YORK
PAINTING & DECORATING CO., INC.,

                   Defendants.
---------------------------------------------------------------x

    Please take notice that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) the plaintiffs by the undersigned attorney of record hereby voluntarily dismisses the above entitled action.

Dated: May 21, 2008
       Elmsford, New York

                                                           /s/ Dana L. Henke
                                                   Dana L. Henke, Esq. (DLH3025)
                                                   Attorney for Plaintiff
                                                   258 Saw Mill River Road
                                                   Elmsford, New York 10523
SO ORDERED May 21, 2008        (914) 592-1515

/s/ Charles L. Brieant
Honorable Charles L. Brieant, U.S.D.J.